**SEALED**

FILED
Feb 24, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTER AND TRAP AND TRACE DEVICE FOR 206-945-1672. | CASE NO. 1:22-sw-00111-EPG<br><br>SEALING ORDER<br><br>**UNDER SEAL** |

**S E A L I N G  O R D E R**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: **Feb 23, 2022**

Hon. Erica P. Grosjean
U.S. MAGISTRATE JUDGE